Case 1:25-mj-00257-GMH    Document 1-1    Filed

Case: 1:25-mj-00257
Assigned To : Harvey, G. Michael
Assign. Date : 10/31/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. On November 1, 2020, MPD Officer Kelly observed two videos on the Instagram account of Kendel Tramel YOUNG that occurred on the same day. Officer Kelly was familiar with YOUNG from monitoring his social media posts where YOUNG used Instagram vanity name "rugerbone".

2. In one of the November 1, 2020, videos, YOUNG was on Instagram live with a large amount of cash and a bottle of consistent with a prescription cough syrup bottle. *See* Figure 1. Officer Kelly recognized the building where YOUNG was located as the 4300 block of Wheeler Road Southeast, Washington, D.C., a known location for illegal drug sales.





Figure 1: Screenshots from a Nov. 1, 2020, Instagram Live video, in which YOUNG was holding a large bundle of United States Currency and a bottle consistent with prescription cough syrup.

3. In another video from YOUNG's Instagram account on November 1, 2020, YOUNG was advertising a bottle of suspected Oxycodone Hydrochloride 30 mg Tablets that appeared to contain rounded blue pills with a K/9 imprint. Specifically, YOUNG showed that he

1

had the 100-count bottle of pills, showed the pills, and posted them with a caption reading "PUT THAT LIL ASS 30 COUNT UP." *See* Figure 2 He was also advertising a bottle of suspected Promethazine Hydrochloride and Codeine Phosphate. *See* Figure 3. The recording ended with YOUNG inside of a vehicle that had a bottle consistent with prescription cough syrup in the vehicle's cup holder.



*Figure 2: Screenshots from a Nov. 1, 2020 Instagram Live video in which YOUNG showed his viewers the bottle of suspected Oxycodone and blue pills inside the bottle.*



*Figure 3: Screenshots from a second Instagram Live video in which YOUNG showed his viewers a bottle of suspected Promethazine and Codeine (left0 and in which YOUNG sat in a vehicle with a bottle consistent with prescription cough syrup in the cup holder of the car (right).*

2

4. That same day, on November 1, 2020, at approximately 7:13 p.m., members of the MPD Gun Recovery Unit were on patrol in the 4300 block of Wheeler Road Southeast, Washington, D.C. Officer Kelly observed a 2012 Audi with Virginia license plate UHJ6095. The unoccupied vehicle was registered to YOUNG.

5. Officer Kelly looked through the window of YOUNG's Audi and observed a bottle consistent with prescription cough syrup in the cup holder as was captured in Figure 3, above. *See* Figure 4.



*Figure 4: Bottle consistent with cough syrup located in the cup holder of Young's Audi.*

Officer Kelly also observed a handgun partially visible in plain view on the floorboard under the driver's seat. *See* Figure 5.

/// /// ///

/// /// ///

/// /// ///

/// /// ///

3



*Figure 5: Handgun partially visible under driver's seat and closeup of handgun under driver's seat*

6. A search of YOUNG's vehicle recovered the following:

   a. A Glock, Model 20, 10mm semi-automatic handgun, serial number WBD389, loaded with one round in the chamber and nine rounds in the magazine.
   b. A bottle containing suspected Promethazine codeine syrup;
   c. Approximately 300 grams of suspected marijuana (a portion of which field tested positive for THC);
   d. 20 red zip bags;
   e. 89 round blue pills with a K/9 imprint of suspected 30 mg Oxycodone Hydrochloride;
   f. 19 round yellow pills with a 188/T imprint of suspected 15 mg Oxycodone Hydrochloride;
   g. 28 round gray pills with an A/50 imprint of suspected 50 mg Oxycodone Hydrochloride;
   h. 13 round blue pills with an M/30 imprint of suspected 30 mg Oxycodone Hydrochloride;
   i. a digital scale; and
   j. YOUNG's Maryland driver's license.

4



*Figure 6: Bottle containing suspected Promethazine codeine syrup, consistent with the bottle in YOUNG's Instagram video, as depicted in Figure 3, above.*

7. Based on my training and experience, the quantity of the narcotics, the variety of controlled substances, and the presence of the scale and the 20 red zip baggies are consistent with the intention to distribute illegal narcotics and inconsistent with possession for personal use.

8. DNA comparison testing was conducted by BODE Technology. On August 6, 2025, BODE Technology issued a report confirming that DNA that was collected from the Glock 20 was from a mixture of at least three sources, including at least on male contributor, and that it was 6.6 million times more likely that YOUNG and two unrelated persons contributed the DNA than if three unrelated persons contributed the DNA.

9. YOUNG was convicted on November 26, 2018, of Possession with Intent to Distribute Controlled Substances in the Circuit Court for Prince George's County Case Number CT180837X. YOUNG was sentenced in that case to serve 10 years in prison with 8.5 years suspended. As a result of this conviction, YOUNG was aware that he had been previously convicted of a crime punishable by over one year of incarceration.

10. No firearms manufacturers are located within the District of Columbia; accordingly, the Glock 20 recovered in YOUNG's car necessarily traveled in and affected interstate commerce.

11. Based on the foregoing, there is probable cause to conclude that, on or about November 1, 2020, in the District of Columbia, **KENDEL YOUNG** committed the offenses of Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

_____
Detective James Phillips
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 31, 2025.

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE